

**THE GALLUCCI LAW FIRM**

Mario F. Gallucci Esq.

Tel: 347-273-1269  
Fax: 347-273-1450  
Criminal Hotline: 888-369-0674  
Email: Mario@galluccilawfirm.com

The Executive Suites at the Garden  
1110 South Avenue, Suite 29  
Staten Island, New York 10314

July 25, 2023

VIA ECF

United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

                 Re:     United States of America v. Sandy Carazas-Pinez  
                         Case No. 23CR346

Your Honor:

       My client, Mrs. Cazaras-Pinez is respectfully requesting you amend your order permission to continue living in her parents' home. Although her 9 year old niece also lives in the residence. Pre-Trial Services has reviewed the situation and does not oppose the application, as long as Mrs. Pinez is supervised when the niece is in the residence.

       We have also spoken with the AUSA who does not oppose the application with the same supervision conditions.

       Thank you in advance for your consideration.

                                         Respectfully Submitted,

                                         *Mario Gallucci*  
                                         MARIO F. GALLUCCI

MFG/mt

The request is granted. Defendant's bail conditions are modified so that she may live in her parents' home with her niece, provided that she is supervised by an adult whenever her niece is in the residence.

SO ORDERED.

July 26, 2023  
New York, New York

                                                     _____  
                                                     JOHN P. CRONAN  
                                                     United States District Judge