UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                               :

UNITED STATES OF AMERICA,                  :

       -v-                                             :         23 Cr. 346 (JPC)

SANDY CARAZAS-PINEZ,                     :         <u>PRETRIAL ORDER</u>

               Defendant.                  :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Trial is scheduled to begin in this matter on February 10, 2025. Defendant shall file any pretrial motions, aside from motions *in limine* or *Daubert* motions, by November 8, 2024. The deadline for the Government's opposition to such motions is November 22, 2024, and the deadline for any reply is December 6, 2024.

       The deadline for the Government's expert disclosures pursuant to Rule 16(a)(1)(G) is December 2, 2024. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is January 6, 2025. By January 10, 2025, the parties shall advise the Court if they intend to file *Daubert* motions challenging anticipated expert testimony. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by January 3, 2025. By January 20, 2025, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by January 20, 2025, with oppositions due January 27, 2025. The Court will hold a Final Pretrial Conference on February 5, 2025, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and

material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically on a flash drive, and the parties shall not submit hard copies.

SO ORDERED.

Dated: August 28, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2