**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      **Re:**   *United States v. Carazas-Pinez*, **23 Cr. 346 (JPC)**

Dear Judge Cronan:

      The Government respectfully writes in advance of the upcoming conference in this matter, which is currently scheduled for Wednesday, October 23, 2024. The Government has conferred with the defense and understands that the defense is currently engaged in a trial which is expected to extend into next week. As a result, the parties request that the conference be adjourned for two weeks until the conclusion of the defense's trial.

      The Government requests, with the consent of the defendant, by and through defense counsel, that the Court exclude time through the date of the adjourned conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the Government to review the mitigation submission provided by the defense in this matter and to confer with the defense regarding potential pre-trial dispositions.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s                   
     Mitzi Steiner
     Assistant United States Attorney
     (212) 637-2284

Cc: All Counsel of Record (by ECF)

---

The request is granted. The status conference currently scheduled for October 23, 2024, at 9:30 a.m. is rescheduled to November 6, 2024, at 10:00 a.m. The Court has already excluded time until the trial date of February 10, 2025, under the Speedy Trial Act.

SO ORDERED
October 22, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge