

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Carazas-Pinez*, **23 Cr. 346 (JPC)**

Dear Judge Cronan:

    The Government respectfully writes on behalf of the parties in advance of the upcoming conference in this matter, which is currently scheduled for Wednesday, November 6, 2024. On September 12, 2024, the Government received a psychosexual evaluation of the defendant from the defense. On October 29, 2024 and November 1, 2024, the defense provided supplemental information to the Government in connection with its mitigation request. The defendant's mitigation submission is currently being reviewed by the Government. Accordingly, the parties request that the conference be adjourned for one month to permit the Government to complete its review of the defendant's mitigation submission and for the parties to discuss potential dispositions in this matter. The parties are available for a proceeding on Monday, December 9, 2024 and Wednesday, December 11, 2024 if either date is amenable to the Court's schedule.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By:   /s
    Mitzi Steiner
    Assistant United States Attorney
    (212) 637-2284

Cc: All Counsel of Record (by ECF)

The request is granted. The status conference currently scheduled for November 6, 2024 is rescheduled to December 9, 2024, at 3:00 p.m. The Court has already excluded time until the trial date of February 10, 2025, under the Speedy Trial Act.

SO ORDERED
November 5, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge