

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 6, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Carazas-Pinez*, 23 Cr. 346 (JPC)

Dear Judge Cronan:

    The Government respectfully writes on behalf of the parties in advance of the upcoming conference in this matter, which is currently scheduled for Monday, December 9, 2024. On September 12, 2024, the Government received a psychosexual evaluation of the defendant from the defense. On October 29, 2024 and November 1, 2024, the defense provided supplemental information to the Government in connection with its mitigation request. The Government has completed its review of the defendant's mitigation submission and the parties are actively engaged in plea discussions, but have not yet reached a disposition. Accordingly, the parties request a short adjournment of the upcoming conference to permit the parties to continue their discussions regarding a potential disposition in this matter. The parties are available to appear on Monday, December 16, 2024 at 11:00 am if that date and time is amenable to the Court's schedule.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s
    Mitzi Steiner
    Assistant United States Attorney
    (212) 637-2284

Cc: All Counsel of Record (by ECF)

The request is granted. The status conference currently scheduled for December 9, 2024, is adjourned until December 16, 2024, at 11:00 a.m. The Court has already excluded time until the trial date of February 10, 2025, under the Speedy Trial Act.

SO ORDERED
December 6, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge