# THE GALLUCCI LAW FIRM

Tel: 347-273-1269
Fax: 347-273-1450
Criminal Hotline: 888-369-0674
Email: Mario@galluccilawfirm.com

Mario F. Gallucci Esq.

The Executive Suites at the Garden
1110 South Avenue, Suite 29
Staten Island, New York 10314

March 21, 2025

VIA ECF

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. The sentencing originally scheduled for April 1 is adjourned to July 1, 2025, at 10:00 a.m.
>
> SO ORDERED
> March 21, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: United States of America v. Sandy Carazas-Pinez
Case No. 23CR346

Your Honor:

I am writing to respectfully request an adjournment of April 1, 2025, scheduled sentencing in the above reference matter. We recently received an updated PSR, and I am still awaiting production of both psychiatric and medical records as well as some letters of support for my client. I would like to comment on them in my sentencing submission.

I have conferred with AUSA Steiner who does not object to my request. Ms. Steiner did indicate that she has a trial scheduled and would like a July date. I will have my submission by May 1st with the court's permission.

Thank you in advance for your consideration.

Respectfully Submitted,

MARIO F. GALLUCCI

Admitted to practice in In the State of New York and New Jersey. The Eastern District of New York. The Southern District of New York and The District of New Jersey.