# EXHIBIT C



Tel:  347-273-1269
Fax: 347-273-1450
Criminal Hotline: 888-369-0674
Email:  Mario@galluccilawfirm.com

The Executive Suites at the Garden
1110 South Avenue, Suite 29
Staten Island, New York 10314

Mario F. Gallucci Esq.

June 20, 2025

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:     United States of America v. Sandy Carazas-Pinez
Case No. 23CR346

The Honorable Judge John P. Cronan,

I am writing this letter with a heavy heart and deep remorse for the pain and harm I have caused. I take full responsibility for my actions, and I understand the seriousness of the offense for which I have been convicted. There is no excuse for what I did, and I am truly ashamed of my behavior.

From the moment I was charged, I have spent every day reflecting on the damage I have caused—not only to the victim, but to their family, my own loved ones, and the community as a whole. What I did was wrong, harmful, and completely inexcusable. I deeply regret my actions, and I wish more than anything that I could undo the pain I have caused.

I want the Court to know that I am committed to making amends and to never repeating this kind of behavior. I have already begun the process of arranging for long-term, professional therapy with a licensed counselor who specializes in sexual boundaries, trauma, and rehabilitation. I know that true accountability is not just about saying I am sorry it is about doing the hard work to understand why this happened and ensuring it never happens again.

Living with the shame and guilt of what I have done is something I will carry for the rest of my life. I have lost the trust of people I care about, and I understand that rebuilding any kind of life from this point forward will take time, effort, and humility. But I am committed to that process, no matter how long it takes.

I respectfully ask the Court to consider my sincere remorse, my commitment to therapy, and my desire to become a better, more accountable person as you determine my sentence. I know that my words cannot undo the harm, but I hope my actions going forward can reflect a genuine effort to change and take responsibility for my life.

Thank you for your time and for considering my statement.

With Deepest Remorse,
Sandy Caraz-Pinez