# EXHIBIT D

To whom it may concern,

My name is Ruth Torres, and I am Sandy Pinez's aunt. I have been a part of Sandy's life since the day she was born to my dearest sister in New York. My sister and I had children around the same time, and we were excited for our kids to grow up together, forming strong bonds and creating memories.

I am writing this letter to provide insight into the kind of person Sandy is, as I have known her intimately throughout her life. While I am deeply saddened to know that her recent decisions have caused harm to many, I want to share that I have always known her to be a responsible and hardworking young woman. She has always been driven to provide for her family and was eager to excel in life, no matter the challenges.

From a young age, Sandy was exceptionally studious. I remember her working hard to earn good grades and having big dreams of one day becoming a doctor. She also had a deep love for art, expressing her creativity through various artistic outlets. She was, and still is, a person who strives for success and works diligently toward her goals.

As her aunt, I have seen her dedication and kindness toward others. She has always been there for her family and friends, offering support and care when needed. I do not take lightly the gravity of her actions that have brought her to this point, but I believe Sandy is a person who can learn and grow from this experience. She has always been a caring and capable individual, and I remain hopeful that she can make the changes necessary to move forward in a positive direction.

Thank you for your time and consideration.

Sincerely,
Ruth Torres
rtorres106@aol.com

Edwin Pinez
5377 Arthur Kill Rd
Staten Island, NY 10307
347-203-0582
Deledpi@gmail.com


The Gallouci Law Firm
Mario Gallucci
1110 South Ave #29
Staten Island, NY 10314

Re; Sandy Pinez- Carazas Character Reference


To Whom it may concern,

I am Edwin Pinez the father of Sandy Carazas-Pinez. I have been with my daughter from when she was a small premature baby to an adult. Sandy has always been a teacher at heart. She would teach her brother and sister to the best of her ability and show them the best way to complete their school work. As she grew up, she always lended a helping hand to assist the boys and girls in the neighborhood with their tutoring. She would be so happy when the kids would come back with improved grades. My daughter is an amazing teacher and person.

In the detention institution she is being held she has helped many inmates with her teaching, helping, and assisting them pass their GED exams and now many of them have reached their goal and successfully received their diploma.

I know that as parents we tend to say our kids can do no wrong. I do understand my daughter has made a huge mistake in her job. Something that has sadden our whole family. It still seems so unreal and we still ask ourselves everyday what could have been happening. I do believe that my daughter was depressed and not in complete control of her actions.

I believe that Sandy can be of great help to society if she is giving another chance. I believe that my daughter deserves an opportunity for redemption and rehabilitation. I understand that she has to be held accountable for her actions, but Sandy incarcerated is a loss for society.

She made a mistake but other than that she has led an exemplary life. She would volunteer with many programs that would help our community. I would like to ask court to have some leniency in regards to her sentencing. Like I said before she would be a better asset if given a 2nd chance then being behind a cell.

Sincerely


Edwin Pinez.

March 13, 2025

The Gallouci Law Firm
Mario Gallouci
1110 South Avenue #29
Staten Island, NY 10314

To Whom It May Concern;

I have known Sandy Carazas Pinez for more than fifteen years, first professionally and now on a personal level. Sandy is one of the most kind and caring people I know. She listens when someone is telling her something heartfelt, and I mean she truly listens. She cares about what is important to that person and offers sound advice and information. Her heart is full of generosity, always giving and thinking about someone else. She truly wants others around her to know just how much they are cared for, and she is the one who does the caring. Sandy is also very goal oriented. She always has her eyes set on accomplishing a difficult task or further advancing her education. She strives to better herself both physically and mentally, which is very inspiring. And she does this not just to do it, but to be as good as she possibly can at it. Sandy loves her family and initiates times for them to all be together or to celebrate a milestone in someone's life. She generates the close bond and makes sure they all feel influential and loved. Sandy is also full of peace. Sitting with her stirs up a sense of calm and an innate feeling that everything is going to be okay. There are not many in this world like Sandy, a true compassionate employee, friend, sister, daughter, mother.

Sincerely,
Tiffany Moore

Jessica Williams
815 SW 120th way
Davie, Fl 33324
Jesswilliams8820@gmail.com
954-226-4817

The Gallouci Law Firm
Mario Gallucci
1110 South Ave. #29
Staten Island, NY 10314

Re: Sandy Pinez– Character Reference

Dear Mr. Gallouci,

I am writing to you on behalf of my cousin, Sandy Pinez, to share my perspective on who she is as a person and why I believe she deserves a second chance, despite the accusations against her. I have known Sandy Pinez since she was born and through our adolescent life to adulthood, I have witnessed her strength, kindness, and resilience in ways that speak to her true character.

Sandy Pinez has been incredibly dedicated to her studies and passionate about learning. She always worked tirelessly towards achieving her goals. She is someone who cares deeply for others. She has shown compassion and generosity to her family and friends, she always striving to be a source of support and encouragement. Whether it was helping a friend through a difficult time, or simply being a listening ear, she has consistently demonstrated a selfless and caring nature. These qualities, her drive, and ambition have always been a fundamental part of who she is.

Like all of us, Sandy Pinez has faced challenges in life, but she has never allowed those hardships to define her. Instead, she has continuously worked toward bettering herself and those around her. While I do not diminish the impact of the choices that have led to this moment, I firmly believe despite this accusation, that she has the potential to contribute positively to society if given the opportunity. I believe in her ability to reflect, grow, and take the necessary steps toward a better path. I know she is capable from learning from this experience and moving forward in a positive direction.

I respectfully ask that you consider the entirety of her character and the potential she has for rehabilitation. She is not someone who should be discarded or forgotten but rather someone who, with the right support and guidance, can rebuild her life and make a meaningful impact.

Please do not hesitate to reach out if you require any further insight. Thank you for your time.

Sincerely,

Jessica Williams

*Jessica Williams*

Mercy Pinez
5377 Arthur Kill Rd
Staten Island, NY 10307
646-251-8929
Mpinez328@gmail.com

The Gallouci Law Firm
Mario Gallucci
1110 South Ave #29
Staten Island, NY 10314

Re; Sandy Pinez- Carazas Character Reference

To Whom it may concern,

I'm Mercy Pinez mother of Sandy Carazas-Pinez, I testify that my daughter Sandy is a ggreat benefit for society, family, and community. Sandy has always had her goals well planned and strives to complete them. She is a hard worker and very helpful in our family. My daughter has encouraged her brother and sister to become professional and has always helped them succeed, Since she was a little girl she would pretend she was a teacher and play with school with all the children in the neighborhood in my house.

Prior to her getting married she would tutor all the children that couldnt afford to pay a tutor. Sandy is well known in the community for her excellence in community service and for her dedication to assisting those that believed they couldnt succeed to become college graduates. She is a great impact in her brother, sisters and many other people lives. The students she helped still show their gratefulness and have always stayed in contact with my daughter.

Expressing my love for my daughter is special because she was a miracle child a dream come true, I was always there for her, my time, my love, and dedication was for all my children. I couldn't be more grateful to have a daughter like her, she has always made me happy and proud to be her mother since she was a little girl. Her grades and conduct in school were outstanding. She achieved the best grades and her role in society was a well-known with all the painting and community service and staying late in school to assist with the school plays. My daughter has painted the NY apple that were once all over NYC and has received many acknowledgements.

I am pleading with the court to show my daughter some leniency in her sentencing. I believe Sandy would be an asset to our community. I believe with the proper guidance and

protection she could go back to being the good person, mother, friend and daughter that we all know.

Sincerely

Mercy Pinez.

Steve Salazar<br>
Winfield Davis Dr.<br>
Coram, NY 11727<br>
631-413-1005<br>
Stevesalazarnyc@gmail.com

Mr. Mario Gallucci.

I would like to inform you that I have known Sandy Carazas Pinez her entire life and can attest to her incredible kindness and generosity. She has been an exemplary person her entire life and has gone out of her way to help others. She has been respectful and always willing to help.

The charges against her seem completely out of character and maybe there should be further investigation to the medication she may have been taking at the time of the incident.

Sandy deserves leniency based on the fact that this is not in keeping with her character. There could be some underlying issues related to medication and the court would render a terrible disservice should she not be given the opportunity to make amends in a way that is safe for her. She is a very delicate and sensitive person that made a huge mistake but she should be given the chance to heal rather than receive a punishment that would make the healing process even more difficult.

I beg the courts to give Sandy an opportunity to heal rather than be punished so that she could eventually try to find some normalcy in her life. The opportunity to hold her children again and be in the arms of her husband and family.

Yours sincerely,

Steve Salazar