

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 27, 2025

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Carazas-Pinez*, 23 Cr. 346 (JPC)

Dear Judge Cronan:

    The Government respectfully writes in advance of the upcoming sentencing in this matter, which is currently scheduled for Tuesday, July 1, 2024. The undersigned is currently engaged in a trial in this District. The Government has conferred with the defense and the parties respectfully request that sentencing be adjourned to the week of July 28, 2025 or thereafter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:   /s  
        Mitzi Steiner
        Assistant United States Attorney
        (212) 637-2284

Cc: All Counsel of Record (by ECF)