

```
                                                          Tel:  347-273-1269
                                                          Fax: 347-273-1450
                                                  Criminal Hotline: 888-369-0674
                                               Email: Mario@galluccilawfirm.com

                                              The Executive Suites at the Garden
                                                      1110 South Avenue, Suite 29
                                                      Staten Island, New York 10314
```

Mario F. Gallucci Esq.

July 1, 2025

<u>VIA ECF</u>

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re: United States of America v. Sandy Carazas-Pinez
          Criminal Docket 23CR346

Dear Judge Cronan,

  I am respectfully requesting a one-week adjournment on Ms. Carazas-Pinez matter to August 3rd or 4th. I am starting a murder trial in Richmond County in front of Judge Mario Mattei. The People of The State of New York v Abdul Olasupo. I have conferred with Ms. Steiner, and she has no objection to my request.

            Respectfully Submitted,

            MARIO F. GALLUCCI

MFG/mt

The request is granted. The sentencing scheduled for July 29, 2025, is adjourned to August 4, 2025, at 2:30 p.m.

SO ORDERED
July 1, 2025
New York, New York

            _____
             JOHN P. CRONAN
            United States District Judge

Admitted to practice in the State of New York and New Jersey, The Eastern District of New York, The Southern District of New York and The District New Jersey.