

Tel: 347-273-1269
Fax: 347-273-1450
Criminal Hotline: 888-369-0674
Email: Mario@galluccilawfirm.com

Mario F. Gallucci Esq.

The Executive Suites at the Garden
1110 South Avenue, Suite 29
Staten Island, New York 10314

July 29, 2025

VIA ECF

**The request is granted. The sentencing scheduled for August 4 is adjourned to September 2, 2025, at 2:00 p.m.**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED
July 29, 2025
New York, New York**

_____
JOHN P. CRONAN
United States District Judge

Re: United States of America v. Sandy Carazas-Pinez
Case No. 23CR346

Your Honor:

    I am writing to respectfully request an adjournment of August 4, 2025, scheduled for sentencing in the above referenced matter. I am still on the murder trial, and we are going into the defense case on Monday August 4th. My client will be testifying on his behalf. The matter is the People of the State of New York v. Abdul Olasupo (IND #70547-23) in front of the Honorable Mario Mattei, in Richmond County. If possible I kindly request that the matter be adjourned to a date during the first week of September preferably on September 2nd, September 3rd, September 4th.

    I have spoken to the Government, and they have no objection to the adjournment request.

    Thank you in advance for your consideration.

Respectfully Submitted,

MARIO F. GALLUCCI

MFG/mt

Admitted to practice in the State of New York and New Jersey, The Eastern District of New York, The Southern District of New York and The District New Jersey.