```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
        -v-                                                :
                                                           :        23 Cr. 346 (JPC)
SANDY CARAZAS-PINEZ,                                       :
                                                           :             ORDER
                        Defendant.                         :
                                                           :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 16, 2024, Defendant Sandy Carazas-Pinez pled guilty to one count of child enticement in violation of 18 U.S.C. § 2422(b).  Sentencing is scheduled for September 2, 2025, at 2:00 p.m.

In the Presentence Investigation Report, the Probation Office states at multiple points that Defendant is subject to mandatory restitution of at least $3,000 under 18 U.S.C. § 2259(b)(2), assessing that her offense of conviction is a child pornography trafficking offense as defined at Section 2259(c)(3).  *See* Presentence Investigation Report ¶¶ 36, 125, at 36, 45.  In addition, on page 45 of the Presentence Investigation Report, the Probation Office lists a host of other provisions, in addition to Section 2259, that purportedly require restitution in this case.  *Id.* at 45 (citing 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664).

At sentencing, the parties should be prepared to present their views as to whether restitution is mandatory under the provisions cited in the Presentence Investigation Report in light of Defendant's offense of conviction.  In addition, the parties should be prepared to address whether restitution is mandatory for Defendant's offense of conviction under 18 U.S.C. § 2429.

While not required to do so, either party also may file a written submission on this issue. Any written submission may be made by 1:00 p.m. on September 2, 2025.

SO ORDERED.

Dated: August 31, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge