

Tel: 347-273-1269
Fax: 347-273-1450
Criminal Hotline: 888-369-0674
Email: Mario@galluccilawfirm.com

Mario F. Gallucci Esq.

The Executive Suites at the Garden
1110 South Avenue, Suite 29
Staten Island, New York 10314

September 2, 2025

> This request is granted. The sentencing for Sandy Carazas-Pinez scheduled for September 2, 2025 is adjourned to September 19, 2025 at 10:00 a.m. The sentencing will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007.
>
> SO ORDERED
> Date: September 2, 2025
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

VIA ECF

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States of America v. Sandy Carazas-Pinez
     Case No. 23CR346

Your Honor:

Considering your order dated September 1, 2025, I have spoken with Ms. Steiner, and we are jointly requesting a short adjournment of the sentence for us to further develop arguments on the restitution issue. If the request is granted, I am available the late morning of September 15th, the afternoon of September 16th and the late morning of September 17th. I would be happy to share any other dates with the court if these conflict with the Courts' calendar.

Thank you in advance for your consideration.

Respectfully Submitted,

MARIO F. GALLUCCI

MFG/mt